Theodore Albanos, Plaintiff, v. News Syndicate Co., Inc., Defendant

Supreme Court, New York County, October 3, 1927.

**Depositions — examination of plaintiff before trial — examination may be had in action for libel — motion to vacate denied.**

The defendant in an action for libel is entitled to examine the plaintiff before trial as to the subject-matter of certain defenses and it is entitled to the examination notwithstanding part of the subject-matter may be found in public records. Accordingly, a motion to vacate an order for examination is denied.

Motion by plaintiff to vacate order for his examination before trial.

*Isidor Block,* for the plaintiff.

*DeWitt & Van Aken,* for the defendant.

Frankenthaler, J. The defendant is entitled to examine plaintiff as to the subject-matter of its various defenses. The fact that the action is one of libel does not alter *defendant's* rights in this regard. (*Niehoff* v. *Star Co.,* 134 App. Div. 473.) It may be that part of the subject-matter of the examination is to be found in public records. Defendant is nevertheless entitled to the examination if only for the purpose of eliciting admissions from the plaintiff as to the contents of the records and thereby simplifying the trial. (*La Fourrure* v. *Newman,* 150 App. Div. 920.) The motion to vacate is, therefore, denied and the examination directed to proceed at Special Term, Part II, on the 10th day of October, 1927, at ten A. M.